**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BEN MOTAL**                                                                     **PLAINTIFF**

**v.**                                     **Case No. 4:20-cv-01011 KGB**

**ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY**                                    **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that

plaintiff Ben Motal's claims are dismissed (Dkt. No. 6).

So adjudged this 24th day of February, 2021.

_____
Kristine G. Baker
United States District Judge